IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGINALD A. OWENS, <br> AIS 227301, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 12-0580-KD-C |
| WARDEN TONY PATTERSON, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 12, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the United States District Court for the Northern District of Alabama.

**DONE** this 20th day of September, 2012.

                                  s/ Kristi K. DuBose
                         **UNITED STATES DISTRICT JUDGE**