FILED
 2012 Oct-17 PM 01:09
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD A. OWENS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 2:12-cv-03491-JFG-HGD |
| ) | |
| TONY PATTERSON, ) | |
| ) | |
| Respondent ) | |

## **MEMORANDUM OPINION**

On October 2, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On October 8, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 17th day of October, 2012.

_Sharon Lovelace Blackburn_
-----------------------------------------
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE